# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146722(100)

LaFONTAINE SALINE, INC., d/b/a
LaFONTAINE CHRYSLER JEEP DODGE
RAM,
      Plaintiff-Appellee,

v

CHRYSLER GROUP, LLC,
      Defendant-Appellant,

and

IHS AUTOMOTIVE GROUP, LLC, d/b/a/
CHRYSLER JEEP OF ANN ARBOR,
      Defendant-Appellee.
_____/

SC: 146722
COA: 307148
Washtenaw CC: 10-001329-CZ

On order of the Chief Justice, the motion for the temporary admission of Robert D. Cultice to practice *pro hac vice* under MCR 8.126 on behalf of defendant-appellant Chrysler Group, LLC, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2014



Clerk